# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129927 & (23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE DARION MICHAEL JOHN-COBB, Minor.

_____

DEPARTMENT OF HUMAN SERIVCES,
      Petitioner-Appellee,

v

WILLIAM A. JOHN, IV,
      Respondent-Appellant,
and

ELIZABETH COBB,
      Respondent.

_____/

SC: 129927
COA: 264927
Wayne CC
Family Division: 04-436616-NA

On order of the Court, the application for leave to appeal the October 21, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay is also considered, and it is DENIED.

CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

s0125